```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-04264-HWV
Eugene Gordon                                                   Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner               Page 1 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: ntcnfhrg           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Eugene Gordon,    110 N 45th Street,    Harrisburg, PA 17111-2630
5117297         ACI,   2420 SWEET HOME ROAD, STE 150,    AMHERST, NY 14228-2244
5117298         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5117301         COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280432,
                 HARRISBURG, PA 17128-0432
5117302         COMPUTER CREDIT, INC,    CLAIM DEPT 009696,    470 W HANES MILL ROAD,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
5117305        +DSNB MACYS,    BK NOTICES,   PO BOX 8053,    MASON, OH 45040-8053
5117306        +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
5117307        +GC SERVICES LP,    6330 GULFTON,    HOUSTON, TX 77081-1198
5117308        +GEORGIA GORDON,    INMATE # OX5127,    PO BOX 180,    MUNCY, PA 17756-0180
5117309        +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                 OKLAHOMA CITY, OK 73102-2811
5117310        +IC SYSTEM,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
5117312        +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
5117315        +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
5117316        +MODERN RECOVERY SOLUTIONS,    PO BOX 500,    NEWMANSTOWN, PA 17073-0500
5117317        +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
5117318        +PPG ARCHITECTURAL COATINGS,    PO BOX 536864,    ATLANTA, GA 30353-6864
5117319        +QUEST FIAGNOSTICS,    C/O PATIENT BANKRUPTCY SERVICES,    1001 ADAMS AVENUE,
                 NORRISTOWN, PA 19403-2401
5117320        +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                 HUMMELSTOWN, PA 17036-8625
5117321         SWATARA TWP AUTHORITY,    PO BOX 4920,    HARRISBURG, PA 17111-0920
5117322        ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court:  T-MOBILE BANKRUPTCY DEPT,    PO BOX 37380,    ALBUQUERQUE, NM 87176)
5117323        ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                 (address filed with court:  UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5117324        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5117325        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
5117326        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5117299        +E-mail/Text: dehartstaff@pamd13trustee.com Dec 14 2018 19:50:19    CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5117300         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 19:50:01    COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5117303        +E-mail/Text: bankruptcy@credencerm.com Dec 14 2018 19:50:25    CREDENCE RESOURCE MGMT LLC,
                 17000 DALLAS PKWY, STE 204,    DALLAS, TX 75248-1940
5117304        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2018 19:50:27
                 CREDIT COLLECTION SERVICES,    725 CANTON STREET,    NORWOOD, MA 02062-2679
5117311         E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 19:49:43    INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5117314         E-mail/Text: camanagement@mtb.com Dec 14 2018 19:49:49    M&T BANK,    1100 WEHRLE DRIVE,
                 WILLIAMSVILLE, NY 14221
5117313         E-mail/Text: camanagement@mtb.com Dec 14 2018 19:49:49    M&T BANK,    ONE FOUNTAIN PLAZA,
                 BUFFALO, NY 14203
5117327         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 19:49:33
                 VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
　　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
　　　　James Warmbrodt　　on behalf of Creditor　　M&T BANK bkgroup@kmllawgroup.com
　　　　Kara Katherine Gendron　　on behalf of Debtor 1 Eugene  Gordon karagendronecf@gmail.com,
　　　　 doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene Gordon,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–04264–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 14, 2018 |

ntcnfhrg (03/18)