IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EUGENE GORDON, | : | |
|    Debtor | : | CASE NO. 1:18-bk-04264 |
| | : | |
| EUGENE GORDON, | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PENN WASTE INC, | : | |
|    Respondent | : | |
| | : | |

**MOTION TO AVOID LIEN OF RESPONDENT
UNDER SECTION 522(f) OF THE BANKRUPTCY CODE**

    COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire and makes this Motion respectfully stating in support thereof:

1. The Debtor filed a Chapter 13 Petition on October 8, 2018.
2. The Debtor is an adult individual residing at 110 N 45th Street Harrisburg, PA 17111.
3. Respondent maintains a mailing address of PO BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402.
4. The Respondent holds a judicial lien against the Debtor in the amount of $290.50 entered in Dauphin County at docket number # 2018-CV-04277-NT.
5. The Debtor has listed all property the Debtor owns on the Bankruptcy schedules.
6. All property listed by the Debtor has been exempted as follows:

| Asset | Value | Lien | Exemption | Equity |
|---|---|---|---|---|
| **110 N 45th St, Harrisburg, PA 17111** | $63,900.00 | $61,845.00 | 11 U.S.C. § 522(d)(1) | $2,055.00 |

7. No one has challenged either the value of the property or the exemption claimed.
8. The Respondent does not have a purchase money security interest in household goods, or a possessory interest.

9. The judgment of the Respondent impairs the exemption of the Debtor under Section 522(d) of the Bankruptcy Code.  The judgment is a judicial lien.

10. The Debtor seeks under Section 522(f) of the Bankruptcy Code to avoid the lien of the Respondent.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order avoiding the aforesaid lien under Section 522(f) of the Bankruptcy Code and granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott, Esquire
Attorney ID#43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

Case 1:18-bk-04264-HWV    Doc 43    Filed 01/22/26    Entered 01/22/26 07:46:18    Desc
Main Document    Page 2 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EUGENE GORDON, | : | |
|    Debtor | : | CASE NO. 1:18-bk-04264 |
| | : | |
| EUGENE GORDON, | : | |
|    Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| PENN WASTE INC, | : | |
|    Respondent | : | |
| | : | |

## **O R D E R**

     UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
     ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of PENN WASTE INC in the approximate amount of $290.50 entered in Dauphin County at docket number # 2018-CV-04277-NT be and hereby is avoided; it is further
     ORDERED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County, Pennsylvania as proof that the Judgment is void and of null effect.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EUGENE GORDON, | : | |
|     Debtor | : | CASE NO. 1:18-bk-04264 |
| | : | |
| EUGENE GORDON, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PENN WASTE INC, | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Dorothy L. Mott, hereby certify that on <u>January 22, 2026</u>, I served a copy of the notice and Motion to Avoid Lien electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:

JACK N. ZAHAROPOULOS Esquire, Trustee ( via ECF)

PENN WASTE INC
PO BOX 3066
85 BRICKYARD ROAD
YORK, PA 17402
.

                                                      /s/ Dorothy L. Mott

                                                      Dorothy L. Mott, Esquire
                                                      Attorney ID#43568
                                                      Dorothy L Mott Law Office, LLC
                                                      125 State Street
                                                      Harrisburg, PA 17101
                                                      (717) 232–6650 TEL
                                                      (717) 232-0477 FAX
                                                      doriemott@aol.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chapter: 13

Eugene Gordon

Debtor

Case number: 1:18-bk-04264

Matter: Motion to Avoid Lien

Eugene Gordon

Movant

vs,

PENN WASTE INC
Respondent

# Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response with the Clerk,,U.S. Bankruptcy Court, The Sylvia Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:   January 22, 2026

Dorothy L Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA  17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aol.com