United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                             Case No. 18-04264-HWV

Eugene Gordon                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                Page 1 of 3
Date Rcvd: Jan 23, 2026                      Form ID: 3180W                             Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Gordon, 110 N 45th Street, Harrisburg, PA 17111-2630 |
| 5117301 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5117308 | + | GEORGIA GORDON, INMATE # OX5127, PO BOX 180, MUNCY, PA 17756-0180 |
| 5117309 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5117316 | + | MODERN RECOVERY SOLUTIONS, PO BOX 500, NEWMANSTOWN, PA 17073-0500 |
| 5117317 | + | PENN WASTE INC, PO BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402-0066 |
| 5117318 | + | PPG ARCHITECTURAL COATINGS, PO BOX 536864, ATLANTA, GA 30353-6864 |
| 5141865 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5117319 | + | QUEST FIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, 1001 ADAMS AVENUE, NORRISTOWN, PA 19403-2401 |
| 5117320 | + | SUEZ WATER PENNSYLVANIA, CUSTOMER SERVICE CENTER, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8625 |
| 5117323 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5117297 | ^ | MEBN | Jan 23 2026 18:38:02 | ACI, 2420 SWEET HOME ROAD, STE 150, AMHERST, NY 14228-2244 |
| 5117298 | | Email/Text: Bankruptcy@BAMcollections.com | Jan 23 2026 18:41:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5117300 | | EDI: PENNDEPTREV | Jan 23 2026 23:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5117302 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 23 2026 18:41:00 | COMPUTER CREDIT, INC, CLAIM DEPT 009696, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5117303 | + | Email/Text: bankruptcy@credencerm.com | Jan 23 2026 18:41:00 | CREDENCE RESOURCE MGMT LLC, 17000 DALLAS PKWY, STE 204, DALLAS, TX 75248-1940 |
| 5117304 | + | EDI: CCS.COM | Jan 23 2026 23:41:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5117324 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 23 2026 18:41:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5117305 | | EDI: CITICORP | Jan 23 2026 23:41:00 | DSNB MACYS, BK NOTICES, PO BOX 8053, MASON, OH 45040 |
| 5141998 | | EDI: Q3G.COM | Jan 23 2026 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5117306 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 23 2026 18:41:00 | EOS CCA, 700 LONGWATER DRIVE, NORWELL, MA 02061-1624 |
| 5117307 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 23 2026 18:41:00 | GC SERVICES LP, 6330 GULFTON, HOUSTON, TX 77081 |
| 5117310 | + | EDI: LCIICSYSTEM | Jan 23 2026 23:41:00 | IC SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5117311 | | EDI: IRS.COM | Jan 23 2026 23:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5117299 | | Email/Text: info@pamd13trustee.com | Jan 23 2026 18:41:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5117312 | ^ | MEBN | Jan 23 2026 18:38:05 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5117314 | | Email/Text: camanagement@mtb.com | Jan 23 2026 18:41:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5117313 | | Email/Text: camanagement@mtb.com | Jan 23 2026 18:41:00 | M&T BANK, ONE FOUNTAIN PLAZA, BUFFALO, NY 14203 |
| 5141784 | | Email/Text: camanagement@mtb.com | Jan 23 2026 18:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5117315 | + | Email/Text: camanagement@mtb.com | Jan 23 2026 18:41:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5117322 | | EDI: AISTMBL.COM | Jan 23 2026 23:41:00 | T-MOBILE BANKRUPTCY DEPT, PO BOX 37380, ALBUQUERQUE, NM 87176 |
| 5117325 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 23 2026 18:41:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5117326 | ^ | MEBN | Jan 23 2026 18:38:19 | UPMC PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5117327 | | EDI: VERIZONCOMB.COM | Jan 23 2026 23:41:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5141864 | | EDI: AIS.COM | Jan 23 2026 23:41:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5117321 | ## | SWATARA TWP AUTHORITY, PO BOX 4920, HARRISBURG, PA 17111-0920 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Eugene Gordon DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Eugene Gordon kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eugene Gordon<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2187<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-04264-HWV | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Eugene Gordon

1/23/26

**By the court:**   /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**