| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | EUGENE GORDON |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 18-04264 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** M&T BANK

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 4 0

**Property address:** 110 N 45TH STREET
Number    Street

HARRISBURG,    PA    17111
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 12,454.58 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 12,454.58 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 12,454.58 |

Official Form 410C13-N    Trustee's Notice of Disbursements Made    page 1

Case 1:18-bk-04264-HWV    Doc 48    Filed 01/28/26    Entered 01/28/26 10:10:17    Desc
Main Document    Page 1 of 5

| Part 4: | Postpetition Payments |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____

| Part 6: | A Response Is Required by Bankruptcy Rule 3002.1(g)(3) |
|---|---|

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager
Signature

Date 1 / 28 / 2026

**Trustee**
Jack    N    Zaharopoulos
First Name   Middle Name   Last Name

**Address**
8125 Adams Drive, Suite A
Number    Street

Hummelstown    PA    17036
City    State    ZIP Code

Contact phone ( 717 ) 566 – 6097

Email info@pamd13trustee.com

Official Form 410C13-N    Trustee's Notice of Disbursements Made    page **2**

Case 1:18-bk-04264-HWV   Doc 48   Filed 01/28/26   Entered 01/28/26 10:10:17   Desc
Main Document      Page 2 of 5

# Disbursements for Claim

**Case:** 18-04264     EUGENE GORDON

M & T BANK  
PO BOX 840  

BUFFALO, NY  14240-

Sequence: 13  
Modify:  
Filed Date:  
Hold Code:  

**Acct No:** 110 N 10th St - PRE-ARREARS

ARREARS - 110 NORTH 10TH STREET          05/20 AMENDED

|  | | | |
|---|---|---|---|
| Amt Sched: $61,645.00 | Debt: $12,454.58 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $12,454.58 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 10/10/2025 | 2052490 | $100.35 | $0.00 | $100.35 | 10/16/2025 |
| 520-0 | M & T BANK | | 09/16/2025 | 2051574 | $237.54 | $0.00 | $237.54 | 09/25/2025 |
| 520-0 | M & T BANK | | 08/18/2025 | 2050608 | $237.55 | $0.00 | $237.55 | 08/25/2025 |
| 520-0 | M & T BANK | | 07/22/2025 | 2049637 | $237.54 | $0.00 | $237.54 | 07/31/2025 |
| 520-0 | M & T BANK | | 06/17/2025 | 2048649 | $237.55 | $0.00 | $237.55 | 06/26/2025 |
| 520-0 | M & T BANK | | 05/14/2025 | 2047690 | $226.70 | $0.00 | $226.70 | 05/22/2025 |
| 520-0 | M & T BANK | | 04/14/2025 | 2046756 | $226.70 | $0.00 | $226.70 | 04/21/2025 |
| 520-0 | M & T BANK | | 03/18/2025 | 2045858 | $226.71 | $0.00 | $226.71 | 03/27/2025 |
| 520-0 | M & T BANK | | 02/19/2025 | 2044918 | $226.70 | $0.00 | $226.70 | 02/27/2025 |
| 520-0 | M & T BANK | | 01/15/2025 | 2043963 | $226.70 | $0.00 | $226.70 | 01/23/2025 |
| 520-0 | M & T BANK | | 12/17/2024 | 2043006 | $226.70 | $0.00 | $226.70 | 12/27/2024 |
| 520-0 | M & T BANK | | 11/19/2024 | 2042083 | $226.71 | $0.00 | $226.71 | 12/05/2024 |
| 520-0 | M & T BANK | | 10/23/2024 | 2041095 | $226.70 | $0.00 | $226.70 | 10/31/2024 |
| 520-0 | M & T BANK | | 09/17/2024 | 2040097 | $453.40 | $0.00 | $453.40 | 09/26/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 07/10/2024 | 2038241 | $226.71 | $0.00 | $226.71 | 07/18/2024 |
| 520-0 | M & T BANK | | 06/18/2024 | 2037413 | $226.70 | $0.00 | $226.70 | 06/27/2024 |
| 520-0 | M & T BANK | | 05/22/2024 | 2036489 | $226.70 | $0.00 | $226.70 | 05/30/2024 |
| 520-0 | M & T BANK | | 04/17/2024 | 2035486 | $226.70 | $0.00 | $226.70 | 04/25/2024 |
| 520-0 | M & T BANK | | 03/14/2024 | 2034521 | $226.71 | $0.00 | $226.71 | 03/22/2024 |
| 520-0 | M & T BANK | | 02/14/2024 | 2033559 | $226.70 | $0.00 | $226.70 | 02/27/2024 |
| 520-0 | M & T BANK | | 01/12/2024 | 2032644 | $226.70 | $0.00 | $226.70 | 01/19/2024 |
| 520-0 | M & T BANK | | 12/19/2023 | 2031736 | $226.71 | $0.00 | $226.71 | 12/28/2023 |
| 520-0 | M & T BANK | | 11/15/2023 | 2030783 | $226.70 | $0.00 | $226.70 | 11/24/2023 |
| 520-0 | M & T BANK | | 10/18/2023 | 2029833 | $238.53 | $0.00 | $238.53 | 10/26/2023 |
| 520-0 | M & T BANK | | 09/19/2023 | 2028839 | $238.53 | $0.00 | $238.53 | 09/28/2023 |
| 520-0 | M & T BANK | | 08/09/2023 | 2027826 | $238.53 | $0.00 | $238.53 | 08/17/2023 |
| 520-0 | M & T BANK | | 07/11/2023 | 2026852 | $238.53 | $0.00 | $238.53 | 07/20/2023 |
| 520-0 | M & T BANK | | 06/13/2023 | 2025938 | $229.16 | $0.00 | $229.16 | 06/22/2023 |
| 520-0 | M & T BANK | | 05/16/2023 | 2024985 | $229.17 | $0.00 | $229.17 | 05/23/2023 |
| 520-0 | M & T BANK | | 04/18/2023 | 2023965 | $229.17 | $0.00 | $229.17 | 04/27/2023 |
| 520-0 | M & T BANK | | 03/15/2023 | 2022951 | $229.16 | $0.00 | $229.16 | 03/23/2023 |
| 520-0 | M & T BANK | | 02/15/2023 | 2021940 | $229.17 | $0.00 | $229.17 | 02/23/2023 |
| 520-0 | M & T BANK | | 01/18/2023 | 2020937 | $229.17 | $0.00 | $229.17 | 02/01/2023 |
| 520-0 | M & T BANK | | 12/13/2022 | 2019948 | $229.16 | $0.00 | $229.16 | 12/23/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 11/16/2022 | 2018992 | $229.17 | $0.00 | $229.17 | 12/08/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 2017944 | $241.74 | $0.00 | $241.74 | 11/01/2022 |
| 520-0 | M & T BANK | | 09/13/2022 | 2016899 | $241.74 | $0.00 | $241.74 | 10/03/2022 |
| 520-0 | M & T BANK | | 08/17/2022 | 2015870 | $241.72 | $0.00 | $241.72 | 08/24/2022 |
| 520-0 | M & T BANK | | 07/13/2022 | 2014809 | $224.98 | $0.00 | $224.98 | 07/25/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 2013850 | $224.98 | $0.00 | $224.98 | 07/01/2022 |
| 520-0 | M & T BANK | | 05/17/2022 | 2012805 | $224.98 | $0.00 | $224.98 | 05/25/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 2011735 | $224.98 | $0.00 | $224.98 | 04/25/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 2010716 | $224.97 | $0.00 | $224.97 | 03/28/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 2009742 | $224.98 | $0.00 | $224.98 | 02/28/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 2008751 | $224.98 | $0.00 | $224.98 | 01/31/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 2007741 | $449.96 | $0.00 | $449.96 | 12/22/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 2005682 | $231.63 | $0.00 | $231.63 | 11/01/2021 |
| 520-0 | M & T BANK | | 08/18/2021 | 2003627 | $463.26 | $0.00 | $463.26 | 09/01/2021 |
| 520-0 | M & T BANK | | 06/16/2021 | 2001586 | $231.63 | $0.00 | $231.63 | 06/28/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 2000573 | $224.24 | $0.00 | $224.24 | 06/01/2021 |
| 520-0 | M & T BANK | | 04/15/2021 | 1229198 | $224.24 | $0.00 | $224.24 | 04/26/2021 |
| 520-0 | M & T BANK | | 03/17/2021 | 1228179 | $184.24 | $0.00 | $184.24 | 04/01/2021 |

Sub-totals: $12,454.58   $0.00   $12,454.58

Grand Total: $12,454.58   $0.00